IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**  §<br>§<br>  Plaintiff,  §<br>§<br>v.  §<br>§<br>**PRICE LAW GROUP and**  §<br>**FINANCIAL WARRANTY, LLC,**  §<br>§<br>  Defendants.  § | **CAUSE NO. EP-23-CV-174-KC** |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal with Prejudice, ECF No. 7. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 30th day of May, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE